UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SUNBELT DEVELOPMENT CORPORATION**                               **PLAINTIFF**

V.                                              **4:21CV00806 JM**

**CONE INSURANCE COMPANY INC.**                                        **DEFENDANT**

## ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of Dismissal (ECF No. 14), the Court finds that this case should be dismissed with prejudice. The Clerk is directed to close the case.

The motion to withdraw filed by Clay Stone (ECF No. 13) is GRANTED.

IT IS SO ORDERED this 15th day of May, 2024.

_____
James M. Moody Jr.
United States District Judge